# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**KAREN LEA CARLTON**                                                            **PLAINTIFF**

V.                           No. 3:24-CV-00079-ERE

**MARTIN O'MALLEY,**
**Commissioner of Social Security**                                              **DEFENDANT**

## JUDGMENT

Consistent with today's order, judgment is entered for Defendant and this case is DISMISSED.

Dated 3 September 2024.

_____
UNITED STATES MAGISTRATE JUDGE

1